Peter Strojnik, 6464
STROJNIK, P.C.
2415 East Camelback Rd., Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *ps@strojnik.com*
Attorney for John Lupypciw

# UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| ARIES HOLDINGS, LLC. | ) Chapter 11 |
| Plaintiff, | ) Case No: 2:12-bk-24242 |
| v. | ) |
| | ) Case No: 2:13-ap-00057 |
| STRATA TITLE, LLC and JOHN LUPYPCIW, individually; STUDIO CITY LOFTS, LLC; ARIZONA BUSINESS BANK; et al | ) |
| | ) **NOTICE OF APPEARANCE** |
| Defendants. | ) |
| _____ | ) |
| JOHN LUPYPCIW, | ) |
| Counter-Claimant, | ) |
| Third Party Plaintiff, | ) |
| Cross-Claimant, | ) |
| v. | ) |
| ARIES HOLDINGS, LLC, | ) |
| Counter-defendant, | ) |
| REED HATKOFF and JANE DOE HATKOFF, husband and wife; THE ELAINE KIRSCH REVOCABLE TRUST dated November 6, 2007; C. | ) |

| | |
|---|---|
| 1 | ANTHONY WILLIAMS and JANE DOE )<br>WILLIAMS, his wife, ) |
| 2 | ) |
| 3 | 3rd Party Defendants. )<br>) |
| 4 | STUDIO CITY LOFTS, LLC, ) |
| 5 | )<br>Cross-Defendant ) |
| 6 | _____ ) |

Please take notice that

Peter Strojnik, 6464
STROJNIK, P.C.
2415 East Camelback Rd., Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *ps@strojnik.com*

is appearing for Defendant, Counterclaimant, Third Party Plaintiff and Cross Claimant John Lupypciw.

RESPECTFULLY SUBMITTED this 6th day of February, 2013.

**STROJNIK, P.C.**

_____
Peter Strojnik
Attorney for John Lupypciw

The original e-filed with the Court.