# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

### Hearing Information:

| | |
|---|---|
| **Debtor:** | STRATA TITLE, LLC |
| **Case Number:** | 2:12-bk-24242-DPC    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 17, 2013 10:00 AM   6TH FLOOR #601 |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |
| **Audio File Name:** | PHL01244451.MP3 |
| **Audio File Size:** | 10,733 KB |
| **Audio File Length:** | 00:22:53 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."

### Matters:

1) **ADV: 2-13-00057**

   **ARIES HOLDINGS, LLC vs BEER & TOONE, P.C. & DANIEL ROBERT LORD & THE ELAINE KIRSCH REVOCABLE TRUST & STRATA TITLE, LLC & JOHN LUPYPCIW & STUDIO CITY LOFTS, LLC & ARIZONA BUSINESS BANK & REED HATKOFF & JANE DOE HATKOFF & THE ELAINE KIRSCH REVOCABLE TRUST**
   ORDER TO SHOW CAUSE AS TO WHY ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE
   **R / M #:** 27 / 0

2) **ADV: 2-13-00221**

   **Strata Title, LLC vs Morril & Aronson, P.L.C. & Layne Morrill & SAM REI, L.L.C. & SAM III L.L.C.**
   Ruling on the Record - Motion to Dismiss Complaint Defendants' Motion to Dismiss filed by K. LAYNE MORRILL of MORRILL & ARONSON PLC on behalf of Morril & Aronson, P.L.C., Layne Morrill, SAM III L.L.C., SAM REI, L.L.C
   **R / M #:** 10 / 0

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held